UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19CR00793-JFW |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft] |
| MICHAEL KOBRIN, a.k.a. "Hovsep A. Bourounsouzian," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2001, and continuing through at least February, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHAEL KOBRIN, also known as "Hovsep A. Bourounsouzian," and others conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant KOBRIN would obtain the social security numbers of real persons and then tell his co-conspirators to add these social security

numbers as authorized users on their credit cards with long histories of on-time payments in order to increase the credit scores associated with those social security numbers. Defendant KOBRIN would apply for credit cards using those social security numbers and his co-conspirators' addresses. Defendant KOBRIN would then charge the fraudulently obtained credit cards to their credit limit, often at businesses controlled by his co-conspirators, who would kick back to defendant the majority of the amount charged. As a result of this conspiracy, federally-insured financial institutions including American Express, Bank of America, Capital One Bank, Citibank, Comenity Capital Bank, Credit One Bank, Discover, JP Morgan Chase Bank, and Synchrony Bank suffered actual losses of at least $2,560,554.

COUNT TWO

[18 U.S.C. § 1028A]

Beginning in or before 2001, and continuing through at least February, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant MICHAEL KOBRIN, also known as "Hovsep A. Bourounsouzian," knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including seven social security numbers belonging to other persons that law enforcement found in defendant KOBRIN's residence and office on February 28, 2017, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

NICOLA T. HANNA
United States Attorney

*Brandon Fox* (signature)

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section